In the Matter of SIMON LITTWIN against PAUL MOSS, as Commissioner of Licenses of the City of New York.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.